# United States Bankruptcy Court
**Northern District of California**

In re   **Eduardo Moreno**   Case No. **11-31042**
Debtor(s)   Chapter **13**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **1** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 4, 2011**   Signature **/s/ Eduardo Moreno**
**Eduardo Moreno**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.